**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**ANDREA H. YANAPOULOS,**

    **Plaintiff,**

vs.                                  Case No. 1:17cv208-MW/CAS

**NANCY A. BERRYHILL, Acting
Commissioner of Social
Security,**

    **Defendant.**

_____/

## **REPORT AND RECOMMENDATION**

This action was initiated under the Social Security Act to obtain judicial review of Defendant's final decision denying Plaintiff's claim for disability benefits. ECF No. 1. Defendant filed an unopposed motion for entry of judgment pursuant to sentence four of Title 42 U.S.C. § 405(g) and requested this case be reversed and remanded. ECF No. 16. Defendant has stated that Plaintiff has no objection to this motion. *Id.*

Sentence four of section 405(g) states that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C.

§ 405(g). The Acting Commissioner states that "remand is appropriate to permit further evaluation of the case." ECF No. 16. Based upon the foregoing, this court concludes that good cause has been shown for remand.

Accordingly, it is respectfully **RECOMMENDED**:

1. That Defendant's motion to reverse and remand, ECF No. 16, be **GRANTED**, and the Acting Commissioner's decision denying benefits be **REVERSED**.

2. That this case be **REMANDED** to the Acting Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

3. That Defendant be ordered to conduct proceedings in accordance with this Report and Recommendation.

4. That the clerk be directed to enter final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure

5. That the clerk be directed to administratively close this file.

**IN CHAMBERS** at Tallahassee, Florida, this February 26, 2018.

/s/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**