**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**ANDREA HUDSON YANOPOULOS,**

      **Plaintiff,**

**v.**                          **Case No. 1:17cv208-MW/CAS**

**NANCY A. BERRYHILL, Acting
Commissioner of Social Security,**

      **Defendant.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report

and Recommendation. ECF No. 17. Upon consideration, no objections having been

filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's

opinion. The Acting Commissioner's motion to remand, ECF No. 16, is

**GRANTED**. This case is **REMANDED** to the Acting Commissioner for further

proceedings pursuant to sentence six of 42 U.S.C. § 405(g). The Clerk shall close

1

the file.

**SO ORDERED on February 26, 2018.**

s/Mark E. Walker
**United States District Judge**