IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ANDREA HUDSON YANOPOULOUS,**

    **Plaintiff,**

**v.**                                  Case No. 1:17cv208-MW/CAS

**NANCY A. BERRYHILL,**
**Acting Commissioner of Social Security,**

    **Defendant.**
_____/

**AMENDED ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION[1]**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 17. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is accepted and adopted as this Court's opinion. The Acting Commissioner's motion to remand, ECF No. 16, is **GRANTED**. This case is **REMANDED** to the Acting Commissioner for further

---

[1] Amended only to correct a scrivener's error—changing sentence six to sentence four.

1

proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  The Clerk shall close the file.

**SO ORDERED on March 27, 2018.**

<u>**s/Mark E. Walker**</u>    
**United States District Judge**
