IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ANDREA H. YANOPOULOS,**

    **Plaintiff,**

v.                               **Case No. 1:17cv208-MW/CAS**

**NANCY A. BERRYHILL,**
**Deputy Commissioner for**
**Operations, performing the**
**duties and functions not**
**reserbed to the Commissioner**
**of Social Security,**

    **Defendant.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 23. Plaintiff has filed her Consent Petition for Attorney Fees. ECF No. 22. Upon consideration,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's motion, ECF No. 22, is **GRANTED** and Plaintiff awarded attorney's fees in the amount of $4,408.09, as a reasonable EAJA attorney's fee, $400.00 for the filing fee, and $19.77 for service of process fees, for a total payment of $4,827.86. The amount should be sent to

1

Plaintiff's counsel's address and made payable to Plaintiff. However, the Deputy Commissioner may offset from this amount any debt owed by the Plaintiff to the United States that may be identified by the Department of Treasury and any ultimate distribution shall be made in accordance with *Astrue v. Ratliff*." The Clerk shall close the file.

**SO ORDERED on May 3, 2018.**

**s/Mark E. Walker          ____**
**United States District Judge**
